# United States Court of Appeals
# for the Federal Circuit

———————————

February 24, 2021

## ERRATA

———————————

Appeal No. 2019-1704

## SYNQOR, INC.,
*Appellant*

**v.**

## VICOR CORPORATION,
*Appellee*

Decided:  February 22, 2021
Precedential Opinion

———————————

Please make the following change:

On page 14, line 23, of the majority opinion, change "n.**Error! Bookmark not Defined.**" to "n.3".